| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Christa Considine and John Considine, Debtors |

Order Filed on February 27, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>    Christa Considine and John Considine,<br><br>                                    Debtors | Case No.: 17-17178<br>Chapter: 13<br>Judge: VFP |
|---|---|

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: February 27, 2018**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**ORDER GRANTING  
SUPPLEMENTAL CHAPTER 13 FEE  
Page 2**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Scott J Goldstein_____ the applicant, is allowed a fee of $ __400.00__ for services rendered and expenses in the amount of $ __1.34__ for a total of $ __401.34__ The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $ __642.00__ per month for __51__ months to allow for payment of the above fee.

*rev. 8/1/15*

2.