UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Law Office of Scott J Goldstein LLC
280 West Main Street
Denville, NJ 07834
Tel: (973) 453-2838
Fax: (973) 453-2869
sjg@sgoldsteinlaw.com

Scott J Goldstein (016472004)

**Order Filed on February 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christa Considine and John Considine

Case No.: 17-17178

Adv. No.:

Hearing Date: 2/21/2019

Judge: Vincent F. Papalia

## Order Approving Post-Petition Financing

The relief set forth on the following pages, numbered two (2) through _2____ is hereby **ORDERED**.

**DATED: February 21, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Case No.: 17-17178
Case Name: In Re John and Christa Considine

**THIS MATTER,** having been opened to the Court on the motion of the Debtor, Christa Considine and John Considine, by and through counsel, Scott J. Goldstein, Esq. seeking an Order, approving post-petition auto financing, and the Court having read the papers in support and in opposition to the motion, if any, and the Court having heard the arguments of counsel, if any, and for good cause shown:

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Debtor's motion is hereby granted;

2. The Debtors are permitted to obtain post-petition financing as outlined in the Declaration of John and Christa Considine submitted in support of their motion;

3. The Debtors shall serve a copy of this order on all interested parties