| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br><br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for Christa Considine and John Considine, Debtors |

Order Filed on March 7, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re:<br><br>      Christa Considine and John<br>      Considine,<br><br>                                  Debtors | Case No.: 17-17178<br>Chapter: 13<br>Judge: VFP |
|---|---|

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEE

  The relief set forth on the following page is **ORDERED**

**DATED: March 7, 2019**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

**ORDER GRANTING**
**SUPPLEMENTAL CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Scott J Goldstein_____ the applicant, is allowed a fee of $ __500.00_____ for services rendered and expenses in the amount of $ __0.00_____ for a total of $ __500.00_____ The allowance is payable:

⊠  through the Chapter 13 plan as an administrative priority.

☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $ __656.00_____ per month for __38_____ months to allow for payment of the above fee.

_____
HONORABLE VINCENT F. PAPALIA

*rev. 8/1/15*

2.