Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  17−17178−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

John Considine
125 NE 17th Terrace
Cape Coral, FL 33909

Christa Considine
125 NE 17th Terrace
Cape Coral, FL 33909

Social Security No.:
xxx−xx−8825                                        xxx−xx−9511

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 11/18/21 at 10:00 AM

to consider and act upon the following:

*49* – Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/1/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) (Greenberg, Marie−Ann)

*51* – Certification in Opposition to Trustee Certification of Default (related document:49 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Marie−Ann Greenberg. Objection deadline is 11/1/2021. (Attachments: # 1 30 DAY DEFAULT − PROPOSED ORDER) filed by Trustee Marie−Ann Greenberg) filed by Scott J. Goldstein on behalf of Christa Considine, John Considine. (Attachments: # 1 Certificate of Service) (Goldstein, Scott)

Dated: 11/1/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court