UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

SCOTT J. GOLDSTEIN
LAW OFFICE OF SCOTT J GOLDSTEIN LLC
280 West Main Street
Denville, NJ 07834
(973) 453-2838
sjg@sgoldsteinlaw.com
Attorney for Christa Considine and John Considine, Debtors

| In Re: | Case No. | 17-17178 |
|---|---|---|
| Christa Considine and John Considine, Debtors | Chapter: | 13 |
| | Judge: | VFP |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:    Christa Considine and John Considine, debtors
(Example: John Smith, creditor)

Old address:    125 Ne 17Th Terrace

Cape Coral, FL 33909

New address:    4578 Winkler Ave. Apt 105. Ft. Myers, FL. 33966.

New phone no.:
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    October 21, 2021        /s/ John Considine

Date:    October 21, 2021        /s/ Christa M. Considine
                                Signature

rev.2/1/16