UNITED MEDICAL TECHNOLOGIES CORPORATION
2196 Andrea Lane
Fort Myers FL 33912

0903-W785
ORG1: 100 Bi-weekly
EE ID: 4
DD

| DATE | CHECK NO. |
|---|---|
| 10/29/2021 | 602 |

PAY TO THE ORDER OF

JOHN J CONSIDINE
125 NE 17TH TERRACE
CAPE CORAL FL 33909

Total Net Direct Deposit(s)
**$1281.84**
AMOUNT

VOID THIS IS NOT A CHECK ................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                              FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
John J Considine
125 NE 17th Terrace
Cape Coral, FL 33909
Soc Sec #: xxx-xx-xxxx    Employee ID: 4

Home Department: 100 Bi-weekly

Pay Period: 10/16/21 to 10/29/21
Check Date: 10/29/21    Check #: 602

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 576 | 1281.84 | 27359.92 |
| **NET PAY** | **1281.84** | **27359.92** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | 80.00 | 18.0000 | 1440.00 | 1760.00 | 30720.00 |
| Total Hours | 80.00 | | | 1760.00 | |
| Gross Earnings | | | 1440.00 | | 30720.00 |
| Total Hrs Worked | 80.00 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 89.28 | 1904.64 |
| Medicare | | 20.88 | 445.44 |
| Fed Income Tax | Override $48 | 48.00 | 1010.00 |
| TOTAL | | 158.16 | 3360.08 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1281.84 | 27359.92 |

Payrolls by Paychex, Inc.

0919 0903-W785  United Medical Technologies Corporation • 2196 Andrea Lane • Fort Myers FL 33912 • (239) 433-5332

**CERIDIAN**

| | | |
|---|---|---|
| **Employer Name:** | Alta Resources | |
| **Employer Phone:** | 920-751-5800 | |
| **Employer Address:** | 120 N Commercial St Neenah, WI 54956 | |

| | | |
|---|---|---|
| **Employee Name:** | Christa M Cogliandro | |
| **Employee #:** | 40006238 | |
| **Employee Address:** | 4578 Winkler Avenue, Apt. 105 Fort Myers, FL 33966 | |
| **Department:** | 0736 Kelloggs - FL | |
| **Job Title:** | Customer Care Rep | |

| | |
|---|---|
| **Pay Date:** | 11/5/2021 |
| **Pay Period:** | 10/17/2021 - 10/30/2021 |
| **Deposit Advice #:** | 436087764 |
| **Pay Frequency:** | Bi-Weekly |
| **Pay Rate:** | 15.6600 |
| **Federal Filing Status:** | Married |
| **Federal 2c/Extra Withholding:** | Yes/$0.00 |
| **State Filing Status:** | (FL) |
| **State Exemptions:** | (FL) |

| | Current 10/17/2021 - 10/30/2021 | | | YTD As of 10/30/2021 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | 79.58 | | $1,246.67 | 1,304.09 | $22,187.68 |
| Holiday | | | | 24.00 | $435.58 |
| Overtime 1.5 | 0.05 | 23.4900 | $1.18 | 5.72 | $128.29 |
| Regular | 79.54 | 15.6600 | $1,245.49 | 1,185.38 | $17,525.83 |
| Paid Time Off | | | | 24.00 | $348.00 |
| Incentives | | | | | $2,920.00 |
| Short Term Disability 70% | | | | 40.00 | $438.48 |
| Paid Time Off Payout | | | | 25.00 | $391.50 |
| **Pre-Tax Deductions** | | | $92.35 | | $1,594.50 |
| 401K % | | | $74.80 | | $1,331.25 |
| Vision | | | $3.35 | | $50.25 |
| Dental | | | $14.20 | | $213.00 |
| **Taxes** | | | $166.96 | | $3,000.42 |
| Fed W/H | | | $72.94 | | $1,323.21 |
| FICA EE | | | $76.20 | | $1,359.31 |
| Fed MWT EE | | | $17.82 | | $317.90 |
| **Post-Tax Deductions** | | | $8.25 | | $151.75 |
| Optional Life | | | $4.25 | | $63.75 |
| United Way FL | | | $4.00 | | $88.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $979.11 | | $17,441.01 |
| Direct Deposit | 021202337 | XXXXX7576 | $979.11 | | |

| **Accruals & Balances** | | | |
|---|---|---|---|
| PTO Balance: | 11.31 Hours | PTO Accrued: | 3.98 Hours |



Page 1 of 1