Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17178−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Considine<br>4578 Winkler Ave.<br>Apt. 105<br>Fort Meyers, FL 33966 | Christa Considine<br>4578 Winkler Ave.<br>Apt. 105<br>Ft. Meyer, FL 33966 |

Social Security No.:
   xxx−xx−8825                                        xxx−xx−9511

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on July 26, 2017.

On 12/6/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Vincent F. Papalia on:

Date:              January 6, 2022
Time:              08:30 AM
Location:          Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: December 6, 2021
JAN: smz

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                         Case No. 17-17178-VFP
John Considine                                                                          Chapter 13
Christa Considine
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 3
Date Rcvd: Dec 06, 2021       Form ID: 185         Total Noticed: 39

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Considine, Christa Considine, 4578 Winkler Ave., Apt. 105, Fort Meyers, FL 33966-7025 |
| 516757283 | | Advocare Aerosty ENT Assoc, 400 Valley Rd # 105, Mount Arlington, NJ 07856-2316 |
| 516757284 | | American Expres, PO Box 1270, Newark, NJ 07101-1270 |
| 516954310 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516757286 | | Bank of America/ FIA CARD SERVICES, ATTN: BANKRUPTCY NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 516757291 | | CSG, PO Box 21490, Philadelphia, PA 19141-0490 |
| 516933932 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517491575 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517491576 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408 ST. PAUL, MN 55116-0408 |
| 516757292 | | First Financial Asset Mgmt, IN, PO Box 901, Fort Mill, SC 29716-0901 |
| 516757293 | | GC Services Limited Partnership, PO Box 3026, Houston, TX 77253-3026 |
| 516757294 | | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 516757297 | | Mercantile, 165 Lawrence Bell Dr, Williamsville, NY 14221-7900 |
| 516757302 | | NCO Financial Systems, Inc., PO Box 12100, Trenton, NJ 08650-2100 |
| 516803748 | + | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 516757303 | | RAS Citron, LLC, 130 Clinton Rd Ste 202, Fairfield, NJ 07004-2927 |
| 516757304 | | Region Oil, 15 Richboynton Rd # 1, Dover, NJ 07801-2649 |
| 516895506 | + | Santander Consumer USA Inc., an Illinois corporati, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 516757306 | | Specialized Loan Servi, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516757307 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy, PO Box 636005, Littleton, CO 80163-6005 |
| 516757308 | | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 516915732 | + | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 06 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 06 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516757285 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Dec 06 2021 20:35:00 | Asset Acceptance, LLC, PO Box 1630, Warren, MI 48090-1630 |
| 516757289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:30 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516757287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:18 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516757288 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 06 2021 20:49:18 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516757290 | | Email/Text: enotifications@santanderconsumerusa.com | | |

Case 17-17178-VFP    Doc 63    Filed 12/08/21    Entered 12/09/21 00:14:35    Desc Imaged
                                Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 06, 2021 | Form ID: 185 | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| | | Dec 06 2021 20:36:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517491575 | Email/Text: ECMCBKNotices@ecmc.org | Dec 06 2021 20:35:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517491576 | Email/Text: ECMCBKNotices@ecmc.org | Dec 06 2021 20:35:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516757294 | Email/Text: Bankruptcy@ICSystem.com | Dec 06 2021 20:36:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 516757295 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 06 2021 20:35:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516757296 | Email/Text: PBNCNotifications@peritusservices.com | Dec 06 2021 20:35:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516757298 | Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2021 20:35:00 | Midland Credit Management, Inc, PO Box 2121, Warren, MI 48090-2121 |
| 516997383 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 06 2021 20:35:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 516757301 | Email/Text: bankruptcydepartment@tsico.com | Dec 06 2021 20:36:00 | NCO Financial Systems, Inc., PO Box 15760, Wilmington, DE 19850-5760 |
| 516757300 | Email/PDF: pa_dc_claims@navient.com | Dec 06 2021 20:49:20 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 516757299 | Email/PDF: pa_dc_claims@navient.com | Dec 06 2021 20:49:31 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517286077 | Email/Text: peritus@ebn.phinsolutions.com | Dec 06 2021 20:36:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419 |
| 517286078 | Email/Text: peritus@ebn.phinsolutions.com | Dec 06 2021 20:36:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419, PERITUS PORTFOLIO SERVICES II, LLC, LLC/, PO BOX 141419, Irving, Tx 75014-1419 |
| 516757305 | Email/Text: enotifications@santanderconsumerusa.com | Dec 06 2021 20:36:00 | Santander Consumer USA, PO Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 08, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian C. Nicholas | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1 by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John Considine sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Christa Considine sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6