Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−17178−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| John Considine<br>4578 Winkler Ave.<br>Apt. 105<br>Fort Meyers, FL 33966 | Christa Considine<br>4578 Winkler Ave.<br>Apt. 105<br>Ft. Meyer, FL 33966 |

Social Security No.:
  xxx−xx−8825                                          xxx−xx−9511

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on January 7, 2022.


Dated: January 7, 2022
JAN: jf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
John Considine  
Christa Considine  
    Debtors

Case No. 17-17178-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Jan 07, 2022      Form ID: plncf13      Total Noticed: 39

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Considine, Christa Considine, 4578 Winkler Ave., Apt. 105, Fort Meyers, FL 33966-7025 |
| 516757283 | | Advocare Aerosty ENT Assoc, 400 Valley Rd # 105, Mount Arlington, NJ 07856-2316 |
| 516757284 | | American Expres, PO Box 1270, Newark, NJ 07101-1270 |
| 516954310 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516757286 | | Bank of America/ FIA CARD SERVICES, ATTN: BANKRUPTCY NC4-105-03-14, PO Box 26012, Greensboro, NC 27420-6012 |
| 516757291 | | CSG, PO Box 21490, Philadelphia, PA 19141-0490 |
| 516933932 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516757292 | | First Financial Asset Mgmt, IN, PO Box 901, Fort Mill, SC 29716-0901 |
| 516757293 | | GC Services Limited Partnership, PO Box 3026, Houston, TX 77253-3026 |
| 516757297 | | Mercantile, 165 Lawrence Bell Dr, Williamsville, NY 14221-7900 |
| 516757302 | | NCO Financial Systems, Inc., PO Box 12100, Trenton, NJ 08650-2100 |
| 516803748 | + | Navient Solutions, LLC on behalf of, PHEAA, PO BOX 8147, Harrisburg, PA 17105-8147 |
| 516757303 | | RAS Citron, LLC, 130 Clinton Rd Ste 202, Fairfield, NJ 07004-2927 |
| 516757304 | | Region Oil, 15 Richboynton Rd # 1, Dover, NJ 07801-2649 |
| 516895506 | + | Santander Consumer USA Inc., an Illinois corporati, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 516757306 | | Specialized Loan Servi, 8742 Lucent Blvd Ste 300, Highlands Ranch, CO 80129-2386 |
| 516757307 | | Specialized Loan Servicing/Sls, Attn: Bankruptcy, PO Box 636005, Littleton, CO 80163-6005 |
| 516757308 | | State of New Jersey, N.J. Division of Taxation Bankruptcy Sec, PO Box 245, Trenton, NJ 08695-0245 |
| 516915732 | + | U.S. Bank National Association,Trustee(See 410), c/o Specialized Loan Servicing, LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516757284 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 20:33:47 | American Expres, PO Box 1270, Newark, NJ 07101-1270 |
| 516954310 | | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 20:34:00 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516757285 | | Email/Text: BANKRUPTCY@ASSETACCEPTANCE.COM | Jan 07 2022 20:29:00 | Asset Acceptance, LLC, PO Box 1630, Warren, MI 48090-1630 |
| 516757289 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 20:34:38 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516757287 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 20:33:44 | Capital One, Attn: Bankruptcy Department, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516757288 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 07 2022 20:34:01 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt |

Case 17-17178-VFP    Doc 67    Filed 01/09/22    Entered 01/10/22 00:15:39    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: plncf13 | Total Noticed: 39 |

| | | | |
|---|---|---|---|
| | | | Lake City, UT 84130-0285 |
| 516933932 | Email/PDF: bncnotices@becket-lee.com | Jan 07 2022 20:33:49 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516757290 | Email/Text: enotifications@santanderconsumerusa.com | Jan 07 2022 20:29:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 517491575 | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2022 20:29:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 517491576 | Email/Text: ECMCBKNotices@ecmc.org | Jan 07 2022 20:29:00 | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408, ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 516757294 | Email/Text: Bankruptcy@ICSystem.com | Jan 07 2022 20:30:00 | IC System, 444 Highway 96 E, Saint Paul, MN 55127-2557 |
| 516757295 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 07 2022 20:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516757296 | Email/Text: PBNCNotifications@peritusservices.com | Jan 07 2022 20:29:00 | Kohls/Capital One, Kohls Credit, PO Box 3043, Milwaukee, WI 53201-3043 |
| 516757298 | Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2022 20:29:00 | Midland Credit Management, Inc, PO Box 2121, Warren, MI 48090-2121 |
| 516997383 | + Email/Text: bankruptcydpt@mcmcg.com | Jan 07 2022 20:29:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, Po Box 2036, Warren MI 48090-2036 |
| 516757301 | Email/Text: bankruptcydepartment@tsico.com | Jan 07 2022 20:30:00 | NCO Financial Systems, Inc., PO Box 15760, Wilmington, DE 19850-5760 |
| 516757300 | Email/PDF: pa_dc_claims@navient.com | Jan 07 2022 20:33:47 | Navient, Attn: Bankruptcy, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 516757299 | Email/PDF: pa_dc_claims@navient.com | Jan 07 2022 20:34:04 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517286077 | Email/Text: peritus@ebn.phinsolutions.com | Jan 07 2022 20:30:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419 |
| 517286078 | Email/Text: peritus@ebn.phinsolutions.com | Jan 07 2022 20:30:00 | PERITUS PORTFOLIO SERVICES II, LLC, LLC/Wollemi Ac, PO BOX 141419, Irving, Tx 75014-1419, PERITUS PORTFOLIO SERVICES II, LLC, LLC/, PO BOX 141419, Irving, Tx 75014-1419 |
| 516757305 | Email/Text: enotifications@santanderconsumerusa.com | Jan 07 2022 20:29:00 | Santander Consumer USA, PO Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: plncf13 | Total Noticed: 39 |

the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 09, 2022                    Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Brian C. Nicholas | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Scott J. Goldstein | on behalf of Debtor John Considine sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| Scott J. Goldstein | on behalf of Joint Debtor Christa Considine sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6