**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   JOHN CONSIDINE
   CHRISTA CONSIDINE



Order Filed on August 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  17-17178 VFP**

**Hearing Date:  8/4/2022**

### ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 5, 2022**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s):  JOHN CONSIDINE
            CHRISTA CONSIDINE

Case No.:  17-17178

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/04/2022 on notice to SCOTT J. GOLDSTEIN,

and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 8/31/2022 or

  the case will be dismissed.