| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>    JOHN CONSIDINE<br>    CHRISTA CONSIDINE |

Order Filed on August 5, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  17-17178 VFP

Hearing Date:  8/4/2022

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: August 5, 2022**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Debtor(s): JOHN CONSIDINE
CHRISTA CONSIDINE

Case No.: 17-17178

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 08/04/2022 on notice to SCOTT J. GOLDSTEIN, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must become current with payments to the Trustee's office by 8/31/2022 or the case will be dismissed.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                  Case No. 17-17178-VFP
John Considine                                                                                  Chapter 13
Christa Considine
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 2
Date Rcvd: Aug 05, 2022    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2022:**

**Recip ID    Recipient Name and Address**
db/jdb    + John Considine, Christa Considine, 4578 Winkler Ave., Apt. 105, Fort Meyers, FL 33966-7025

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2022    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2022 at the address(es) listed below:

**Name    Email Address**

Brian C. Nicholas
    on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor U.S. ROF III Legal Title Trust 2015-1  by U.S. Bank National Association, as Legal Title Trustee dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Scott J. Goldstein
    on behalf of Debtor John Considine sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Aug 05, 2022 | Form ID: pdf903 | Total Noticed: 1

Scott J. Goldstein   on behalf of Joint Debtor Christa Considine sjg@sgoldsteinlaw.com cmecf.sgoldsteinlaw@gmail.com;notices@uprightlaw.com;g31979@notify.cincompass.com;goldstein.scottb107612@notify.bestcase.com

U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6