| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>SCOTT J GOLDSTEIN<br>LAW OFFICE OF SCOTT J GOLDSTEIN LLC<br>280 West Main Street<br>Denville, NJ 07834<br>(973) 453-2838<br>sjg@sgoldsteinlaw.com<br>Attorney for John Considine and Christa Considine, Debtors |

Order Filed on September 30, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    John Considine

    Christa Considine,

                            Debtors

Case No.: 17-17178

Chapter: 13

Judge: VFP

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEE

The relief set forth on the following page is **ORDERED**

**DATED: September 30, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

**ORDER GRANTING**
**SUPPLEMENTAL CHAPTER 13 FEE**
**Page 2**

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised it is:

ORDERED that _____Scott J Goldstein_____ the applicant, is allowed a fee of $ __700.00__ for services rendered and expenses in the amount of $ _____ for a total of $ __700__ The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

~~The debtor's monthly plan is modified to require a payment of $ _____ per month for _____ months to allow for payment of the above fee.~~

JUDGE VINCENT F. PAPALIA

*rev. 8/1/15*

2.